| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>        U.S. MAGISTRATE JUDGE | DATE: 8/25/2016<br>TIME: 2:00 PM<br>FTR: 2:10-3:26 |

CASE:  **CV 13-691 (ADS) (AYS)** Rivera v. Harvest Bakery, Inc et al

TYPE OF CONFERENCE: Order to Show Cause Hearing

APPEARANCES:       Plaintiff        Peter Romero

                   Defendant       Saul Zabell

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.
☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐    Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
X    Other:

**Rulings by the Court:**

There shall be no changes to the notices previously ruled upon by this Court.  The prior notice is being attached purely for reference purposes and, upon review of the notice as a whole the Court finds no confusion.  Any motion to change the content of the notice approved by this Court is DENIED.

After being given an option between making no change to this Court's July 18, 2016 order and having Defendants pay for the Independent Claims Administrator or agreeing to the Plaintiffs' attorney acting as claims administrator, Defense counsel elected to make no change to the prior order of this Court and pay for the Independent Claims Administrator.  Accordingly, the following schedule regarding conferring and editing of the opt-out notice package has been set:

- Defense Counsel shall provide Plaintiffs' counsel with the Spanish translation of the opt-out package by close of business on August 29, 2016 as well as the identity of the Independent Claims Administrator

- Plaintiffs' counsel shall have until close of business on September 2, 2016 to submit any changes and/or objections to the Spanish translations to Defense counsel.  Plaintiffs' counsel shall also provide the original March 2016 Notice in both pdf and word format to Defense counsel by close of business on September 2, 2016

- The date by which the notice and opt-out package must be sent out to potential class members is extended to September 19, 2016

    Additionally, Defense counsel is directed to provide Plaintiffs' counsel with any discovery inadvertently withheld, such as W-2s etc., by close of business on August 29, 2016.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge