# LAW OFFICE OF
# PETER A. ROMERO

January 23, 2017

Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:    Notice of Change of Address

Dear Clerk:

Please be advised that the office address and email address of the undersigned counsel for Plaintiff has been changed from 503 Route 111, Hauppauge, New York 11788 peteraromero@gmail.com to the following:

                **Peter A. Romero, Esq.**
                **Law Office of Peter A. Romero PLLC**
                **103 Cooper Street**
                **Babylon, New York 11702**
                **Promero@RomeroLawNY.com**

Thank you for your attention to this matter.

                                          Very truly yours,

                                          /s

                                          Peter A. Romero