# LAW OFFICE OF
# PETER A. ROMERO

July 6, 2017

**VIA ECF**

Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Rivera v. Harvest Bakery, Inc. 13-CV-691 (ADS) (AYS)

Dear Judge Shields:

    This firm represents the Plaintiffs in the above-referenced action. We write on behalf of all parties pursuant to the Court's Order entered May 30, 2017, regarding the status of settlement discussions. The parties are continuing their discussions and are actively engaged in efforts to settle this matter. Accordingly, the parties respectfully request two weeks to submit a further report regarding their discussions.

Respectfully,

Peter A. Romero

cc: Saul D. Zabell, Esq. via ECF