# LAW OFFICE OF
# PETER A. ROMERO

July 6, 2017

**VIA ECF**

Hon. Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  Rivera v. Harvest Bakery, Inc. 13-CV-691 (ADS) (AYS)

Dear Judge Spatt:

    This firm represents the Plaintiffs in the above-referenced action. On May 30, 2017, the parties participated in a settlement conference with Magistrate Judge Shields. We write in accordance with Judge Shields' recommendation that the current briefing schedule for Plaintiffs' motion for summary judgment be amended to allow the parties time to further discuss settlement. The parties are hopeful that their efforts to achieve settlement will be successful. In the event that settlement cannot be reached, the parties respectfully request that the briefing schedule be amended as follows:

- Plaintiffs will serve their motion on or before September 8, 2017;
- Defendants will serve opposition on or before October 9, 2017;
- Plaintiffs will serve their reply on or before October 23, 2017.

Thank you for your kind consideration of this request.

Respectfully,

Peter A. Romero

cc:  Saul D. Zabell, Esq. via ECF

LAW OFFICE OF PETER A. ROMERO PLLC  •  LABOR AND EMPLOYMENT LITIGATION
103 Cooper Street, Babylon, NY 11702  •  office: (631) 257-5588  •  promero@romerolawny.com  •  overtimelawny.com